JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO VALDIVIA, IRMA VALDIVIA,<br><br>      Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, BANK OF AMERICA, DOES 1 TO 50,<br><br>      Defendants. | Case No.: CV09-03032 JFW (FMOx)<br>Hon. John F. Walter<br>Courtroom 16 - Spring Street<br><br>**JUDGMENT OF DISMISSAL**<br><br>Complaint filed: March 25, 2009 |

      The motion of Defendant BANK OF AMERICA, N.A. to dismiss Plaintiffs Francisco Valdivia and Irma Valdivia's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and 12(e) for failure to state a claim upon which relief can be granted was originally scheduled for hearing on June 8, 2009 at 1:30 p.m. in Courtroom 6, the Honorable Stephen V. Wilson presiding. On June 3, 2009, prior to the Court's determination that this case was related to CV09-02998 JFW (FMOx) and subsequent transfer to Judge John F. Walter, the Honorable Stephen V. Wilson after considering the moving papers, and no opposition having been received, granted Bank of America's motion to dismiss. Good cause appearing:

      **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment is entered in favor of Defendant BANK OF AMERICA, N.A. dismissing the case with prejudice.

-2-

*[signature: John F. Walter]*

DATED: June 12, 2009

HONORABLE JOHN F. WALTER